# EXHIBIT 1

## Case Information

# BOOSE VS MUSK et al

24-A-08811-6

Location
Gwinnett - Superior Court

Case Category
Civil

Case Type
Other General Civil*

Case Filed Date
10/3/2024

Judge
Batchelor, Ronnie K

Case Status
Open (Pending)

## Parties ③

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | ELLIOT BOOSE | | Pro Se |
| Defendant | X CORP | | Pro Se |
| Defendant | ELON MUSK | | Pro Se |

## Events ⑧

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 10/3/2024 | Filing | Complaint | | Complaint.pdf |
| 10/3/2024 | Filing | Order to Proceed in Forma Pauperis | | Order to Proceed in Forma Pauperis.pdf |
| 10/3/2024 | Filing | Request to Proceed as Pauper | | Request to Proceed as Pauper.pdf |
| 10/3/2024 | Filing | Summons | | Summons.pdf |
| 10/9/2024 | Filing | Certificate of Service | NOTICE OF SERVICE OF COMPLAINT TO DEFENDANTS REGISTERED SERVICE AGENT | Complete_with_Docusign_NOTICE_OF_SERVICE_TO_...pdf |
| 10/9/2024 | Filing | Certificate of Service | Notice of emailed Certificate of Service | Complete_with_Docusign_NOTICE_OF_SERVICE_TO_...pdf |
| 10/10/2024 | Filing | Notice | OF PROOF OF SERVICE TO DEF'S AGENT | Complete_with_Docusign_certificate_of_servic.pdf |
| 11/14/2024 | Filing | Affidavit for Default Judgment | | Default Application Combined.pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.6.0.471



Elliot Boose
5375 Peachtree Industril BLVD
Norcross, GA 30092
Telephone:  678-650-3285
Email:  casray1974@yahoo.com

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2024 OCT -3 PM 1:47

TIANA P. GARNER, CLERK

24A 08877-6

# SUPERIOR COURT OF THE STATE OF GEORGIA
## FOR THE COUNTY OF GWINNETT

ELLIOT BOOSE,

Case No.:
PLAINTIFF ELLIOT BOOSE'S
COMPLAINT FOR
DAMAGES FOR:
(1) FRAUD;
(2) BREACH OF CONTRACT
(3) SEX DISCRIMINATION
DEMAND FOR JURY TRIAL

Plaintiff

Vs.

ELON MUSK; X CORP. DOING
BUSINESS IN GEORGIA AS
X CORP., A NEVADA
CORPORATION

Defendants.

## TABLE OF CONTENTS

1

INTRODUCTION

PARTIES

JURISDICTION AND VENUE

FACTUAL ALLEGATIONS

FIRST CAUSE OF ACTION

SECOND CAUSE OF ACTION

THIRD CAUSE OF ACTION

PRAYER FOR RELIEF

DEMAND FOR JURY TRIAL

TABLE OF AUTHORITIES

STATUTES

**Georgia Code Title 51. Torts § 51-6-1**

Current as of March 28, 2024 |

Fraud, accompanied by damage to the party defrauded, always gives a right of action to the injured party.

**Georgia Code Title 51. Torts § 51-6-2**

Current as of March 28, 2024 |

(a) Willful misrepresentation of a material fact, made to induce another to act, upon which such person acts to his injury, will give him a right of action. Mere concealment of a material fact, unless done in such a manner as to deceive and mislead, will not support an action.

(b) In all cases of deceit, knowledge of the falsehood constitutes an essential element of the tort. A fraudulent or reckless representation of facts as true when they are not, if intended to deceive, is equivalent to a knowledge of their falsehood even if the party making the representation does not know that such facts are false.

Article 1 of the *Law of Georgia on the Elimination of All Forms of Discrimination*

Article 1 - Purpose of the Law This Law is intended to eliminate every form of discrimination and to ensure equal rights of every natural and

legal persons under the legislation of Georgia, irrespective of race, skin colour, language, sex, age, citizenship, origin, place of birth or residence, property or social status, religion or belief, national, ethnic or social origin, profession, marital status, health, disability, sexual orientation, gender identity and expression, political or other opinions, or other characteristics.

Article 6 - Monitoring the elimination of discrimination and the process of ensuring equality 1. The Public Defender of Georgia shall monitor issues regarding elimination of discrimination and ensuring equality. 2. To exercise the powers under the legislation of Georgia, the Public Defender shall: a) discuss the applications and complaints of natural and legal persons or groups of persons, who consider themselves to be victims of discrimination; b) examine acts of discrimination based on applications or complaints, as well as on his/her own initiative and make appropriate recommendations; c) prepare and forward general proposals to relevant institutions or persons on the issue of preventing and combating discrimination; d) for the purposes of this Law, prepare opinions regarding necessary legislative changes and submit them to the Parliament of Georgia as legislative proposals; e) invite a victim of discrimination and an alleged discriminating person, and try to settle the case by mutual agreement of the parties; f) submit recommendations to relevant institutions or persons to restore the rights of victims of

discrimination if the parties fail to reach an agreement and if there is sufficient evidence of discrimination; g) be authorised to apply to a court, as an interested person, according to the Administrative Procedure Code of Georgia, and request the issue of an administrative legal act or the performance of an action, unless an administrative body responds to or shares a recommendation and there is sufficient evidence of discrimination; h) record and analyse statistical data on discrimination cases;

i) organise events to raise public awareness of discrimination; j) cooperate with various international governmental and non-governmental organisations, local non-governmental organisations and the representatives of local civil society on discrimination issues.

## INTRODUCTION

Plaintiff Elliot Boose is an openly gay, cross-dresser, American author known for his innovative ideas, strategies and products implemented nationwide and internationally from 2005 to the present

starting with winning international theme competition for previous hit show *America's Next Top Model Cycle 4* followed by subsequent ideas for Cycle 6, Cycle 7 and Cycle 18 used by Executive Producer and Supermodel Tyra Banks of Bankable Productions. Following this achievement, his former employer GMAC used Elliot's idea to create the GM Gas Card which was promoted internationally starting in October 2005. The GM Gas Card gave customers $500 worth of gas if he or she purchased an SUV or truck and resulted in the Chevy Trailblazer outselling the Ford Explorer for the first time in twenty years which was announced on NBC Nightly News in January 2006. During this achievement, Elliot submitted a treatment for a reality competition game show to former CEO Bill Ford of Ford Motor Company, Bill Ford responded immediately by sending Elliot a letter thanking him for the treatment and advising Elliot he will contact Elliot if he creates the show. The show was later created by Bill Ford without notifying Elliot and the show briefly ran on ESPN in 2007 until Elliot filed an Intentional Copyright Infringement lawsuit against Bill Ford.

After Elliot had gotten six ideas implemented nationwide and internationally, Elliot started submitting ideas, strategies and products to former President Bush (the successful troop surge strategy in Iraq/extended presence in Iraq/incentives to increase troop number), President Obama (bring Syrian refugees to the U.S., coalition of allied countries to fight Isis, police body cameras nationwide after Black

teenager Mike Brown was shot and killed by a White policeman),
President Trump (temporary international travel ban implemented six
hours after Elliot emailed the White House on March 19, 2020 and
described President Trump's intentional mismanagement of Covid-19)
and President Biden (allowing immigrants to the U.S. in an effort to
motivate them to become Democrat voters, Covid-19 mandate,
announcing marijuana reclassification before the 2022 midterms,
announcing student loan forgiveness before the 2022 midterms, expedite
marijuana reclassification/amnesty in February 2024, valid reasons for
President Biden to step down and give VP Kamala Harris the Democratic
nomination which was submitted to White House and mass circulated on
Facebook/TikTok/X on July 19, 2024, parameters for the selection of VP
Harris' VP Tim Walz.) Elliot also submitted successful ideas and
strategies to former Atlanta Mayor Keisha Lance Bottoms which helped
her win in the 2018 runoffs, former Senator Perdue who got Republican
governors to refuse entry of Syrian refugees after Elliot emailed Senator
Perdue and advised President Obama was using his strategy to bring
Syrian refugees to the U.S. and place in Republican states to help increase
the number of Democratic voters and an instant pay strategy for Lyft
rideshare that was implemented on December 18, 2018 which allowed
rideshare drivers who drove rental cars from Lyft to obtain instant pay
after they earned the weekly $250.00 rental car fee each week and
resulted in a dramatic increase in rental car rideshare drivers worldwide

and increased profits for Lyft. Elliot included these accomplishments in his e-book *Mr. President Elliot C. Boose New Edition*. The e-book also describes Elliot's intimate encounter with comedian/actor Chris Tucker which led to a set-up attack in September 2008 which left Elliot permanently disabled and a subsequent insecticide poisoning by an associate of Chris Tucker who is singer Heather Walker which occurred in April 2023 when Chris Tucker had a new movie with Matt Damon.

Elliot joined X (formerly Twitter) in November 2022 and did so reluctantly due to X's owner, Elon Musk, is racists and homophobic and allows anyone, especially Republicans to constantly post lies, misinformation, racists epithets and propaganda with no categories to report lies, misinformation or propaganda. Elliot joined X so that he could promote his e-book and circulate emails and other correspondence that proves his ideas, strategies and products were implemented shortly after they were submitted and Elliot's X handle @ElliotBoose2023 has been shadow banned which prevents other users from interacting with his page or posts which includes no or minimum engagements, "likes" or comments on his posts. X Support shadow banned Elliot's X page without any notification or specific reason regarding alleged violations. Elliot contends X allows racists to post the word "nigger" and epithets against other races and allows all types of porn including illegal porn. Yet, Elliot's account has been shadow banned and given no specific reason by X Support. Elliot's profile picture of his face was displayed as

a female and presently, Elliot's profile picture is his e-book cover which shows his face as a male and two other pictures which shows his face as a female. Elon Musk's transexual daughter has posted Elon is homophobic and trans-phobic and has pointed out she is estranged from her father because of his hatred. Elliot believes his account has been shadow-banned due to Elon's homophobia and transphobia.

On May 30, 2024, Elliot upgrade his X account by subscribing to X Premium which is $22 a month. He joined so his account would have more visibility, ability to post longer texts and post longer videos. His account being shadow-banned did not affect Elliot's ability to subscribe to X Premium.

On June 29, 2024, Elliot paid X Ads to promote his e-book, Mr. President Elliot C. Boose New Edition and the e-book cover shows Elliot's face as a male and two photos of his face cross-dressed as a female. Elliot noticed his ad was paused shortly after he paid X Ads to promote his e-book. Elliot received a message from X support which gave false reasons to describe why X Ads stopped the promotion of Elliot's e-book. See Exhibit I page 20-21.

Defendant Elon Musk is known to be racists, homophobic and trans-phobic. Defendant allows racists to post racists slurs, allows Republicans to post misinformation and Defendant violates his own

Terms and Conditions by posting incitement of violence against

Democratic political figures.  See Exhibit III page 39-45.

## PARTIES

Plaintiff: Plaintiff Elliot Boose ("Plaintiff" or "Boose"") is, and at

all times mentioned in this Complaint is, a resident of Gwinnett County,

Georgia..

2.. Defendants: a. Defendant X Corp., doing business in California as X

Corp., a Nevada Corporation ("X Corp." or "X") is, and at all times

mentioned in this complaint was, a corporation doing business in San

Francisco County, California. At all relevant times, Defendant's principal

place of business was located at 1355 Market Street, Suite 900, San

Francisco, CA 94103. X Corp. owns, operates and controls the social

networking service, "X" (formerly referred to and known as Twitter),

currently located at www.x.com. The X Platform enables account holders

to distribute content via text, images, videos, and other multimedia-based

messages. b. Defendant Elon Musk ("Musk") is, and at all times

mentioned in this Complaint was, a resident of Texas. Prior to 2019,

Musk was an individual residing in California. Defendant Musk, who

made the promises and representations herein alleged, is, and at all times

mentioned in this Complaint was, the Chief Financial Officer, Secretary,

and/or an employee for X. At the time the representations and promises

herein alleged were made, Musk was acting for the benefit of Defendants

and within the course and scope of his agency, employment, authority,

and/or apparent authority for Defendants.

## JURISDICTION AND VENUE

Gwinnett County Georgia Superior Court has venue, personal

jurisdiction and subject matter jurisdiction since Defendants X Corp and

Elon Musk is located In San Francisco, California and does business

transactions nationwide and worldwide.

**2023 CODE OF GEORGIA**
**Title 15 - COURTS (§§ 15-1-1 — 15-25-3)**
**Chapter 7 - STATE COURTS OF COUNTIES (§§ 15-7-1 — 15-7-85)**
**Article 1 - GENERAL PROVISIONS (§§ 15-7-1 — 15-7-5)**
**Section 15-7-4 - Jurisdiction; authority of state court judges**

**Universal Citation:**

GA Code § 15-7-4 (2023)

- **(a)** Each state court shall have jurisdiction, within the territorial limits of the county or counties for which it was created and concurrent with the superior courts, over the following matters:

  - **(1)** The trial of criminal cases below the grade of felony;

  - **(2)** The trial of civil actions without regard to the amount in controversy, except those actions in which exclusive jurisdiction is vested in the superior courts;

  - **(3)** The hearing of applications for and the issuance of arrest and search warrants;

  - **(4)** The holding of courts of inquiry;

  - **(5)** The punishment of contempt by fines not exceeding $1,000.00, by imprisonment not exceeding 20 days, or both; and

  - **(6)** Review of decisions of other courts as may be provided by law.

- **(b)** Each state court shall have jurisdiction, within the territorial limits of the county or counties for which it was created and concurrent with other courts having such jurisdiction, over possession of one ounce or less of marijuana, in accordance with Code Sections 16-13-2 and 16-13-30.

- **(c)** Each judge of the state court shall have authority to perform any judicial act which he or she is lawfully entitled to perform, regardless of where such judge is located when such judicial act is performed.

Amended by 2021 Ga. Laws 202,§ 1-2, eff. 5/4/2021.

Amended by 2013 Ga. Laws 173,§ 2, eff. 7/1/2013.

**2023 CODE OF GEORGIA**
**Title 9 - CIVIL PRACTICE (§§ 9-1-1 — 9-17-14)**
**Chapter 10 - CIVIL PRACTICE AND PROCEDURE GENERALLY**
**(§§ 9-10-1 — 9-10-204)**
**Article 4 - PERSONAL JURISDICTION OVER NONRESIDENTS**
**(§§ 9-10-90 — 9-10-94)**
**Section 9-10-91 - Grounds for exercise of personal jurisdiction over nonresident**

**Universal Citation:**

GA Code § 9-10-91 (2023)

A court of this state may exercise personal jurisdiction over any nonresident or his or her executor or administrator, as to a cause of action arising from any of the acts, omissions, ownership, use, or possession enumerated in this Code section, in the same manner as if he or she were a resident of this state, if in person or through an agent, he or she:

- **(1)** Transacts any business within this state;

- **(2)** Commits a tortious act or omission within this state, except as to a cause of action for defamation of character arising from the act;

- **(3)** Commits a tortious injury in this state caused by an act or omission outside this state if the tort-feasor regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered in this state;

- **(4)** Owns, uses, or possesses any real property situated within this state;

- **(5)** With respect to proceedings for divorce, separate maintenance, annulment, or other domestic relations action or with respect to an independent action for support of dependents, maintains a matrimonial domicile in this state at the time of the commencement of this action or if the defendant resided in this state preceding the commencement of the action, whether cohabiting during that time

or not. This paragraph shall not change the residency requirement
for filing an action for divorce; or

- **(6)** Has been subject to the exercise of jurisdiction of a court of this
  state which has resulted in an order of alimony, child custody, child
  support, equitable apportionment of debt, or equitable division of
  property if the action involves modification of such order and the
  moving party resides in this state or if the action involves
  enforcement of such order notwithstanding the domicile of the
  moving party.

Amended by 2011 Ga. Laws 186,§ 3, eff. 7/1/2011.

Amended by 2010 Ga. Laws 611,§ 1, eff. 7/1/2010.

Where personal jurisdiction is based solely upon this article, an
appearance does not confer such jurisdiction with respect to causes of
action not arising from the conduct enumerated in Code Section 9-10-91.
Venue in cases under this article shall lie in any county wherein a
substantial part of the business was transacted, the tortious act, omission,
or injury occurred, or the real property is located. Where an action is
brought against a resident of this state, any nonresident of this state who
is involved in the same transaction or occurrence and who is suable under
the provisions of this article may be joined as a defendant in the county
where a resident defendant is suable. Under such circumstances,
jurisdiction and venue of the court of and over such nonresident
defendant shall not be affected or lost if at trial a verdict or judgment is
returned in favor of such resident defendant. If such resident defendant is
dismissed from the action prior to commencement of the trial, the action

against the nonresident defendant shall not abate but shall be transferred

to a court in a county where venue is proper.

## FACTUAL ALLEGATIONS

Plaintiff is Damaged as Defendants Demonstrate Their Fraudulent

Behavior by denying him the ability to pay to promote his e-book and

Defendant gave Fraudulent reason stating that Plaintiff was buying ads to

sell tickets when Defendant clearly saw Plaintiff was selling an e-book

that has a cover that shows his face as a male and as a female. Plaintiff

believes he is being discriminated against because he is a gay male cross-

dresser and Defendant has openly expressed his racism, homophobia and

trans-phobia on X.

## FIRST CAUSE OF ACTION

(Fraud—Against All Defendants, Inclusive)

The allegations set forth in the above paragraphs are re-alleged and incorporated herein. Plaintiff is Damaged as Defendants Demonstrate Their Fraudulent Behavior by denying him the ability to pay to promote his e-book and Defendant gave Fraudulent reason stating that Plaintiff was buying ads to sell tickets when Defendant clearly saw Plaintiff was selling an e-book that has a cover that shows his face as a male and as a female. Plaintiff believes he is being discriminated against because he is a gay male cross-dresser and Defendant has openly expressed his racism, homophobia and trans-phobia on X.

## SECOND CAUSE OF ACTION

(Breach of Contract—Against All Defendants)

The allegations set forth in the above paragraphs are re-alleged and incorporated. Plaintiff is damaged as Defendant violated X Terms and Conditions by giving Plaintiff a false reason for denying him the ability to use his X Premium account to buy ads on X to promote his e-book potentially preventing Plaintiff from earning millions in revenue especially since his e-book describes an intimate encounter Plaintiff had with a celebrity. X Terms and Conditions allows subscribers to pay X Ads to promote erotic novels. See Exhibit II page 22-39. Plaintiff believes Defendant is not allowing Plaintiff to pay X Ads to promote his e-book because Defendant is openly racists, homophobic and trans-phobic.

## THIRD CAUSE OF ACTION

(Sex Discrimination— Against All Defendants)

The allegations set forth in the above paragraphs are re-alleged and incorporated. Plaintiff is damaged as Defendant has shadow-banned Plaintiff since November 2022 which prevents engagement with other X subscribers which has prevented Plaintiff from passively promoting his e-book which description is pinned at the top of his X page. Defendant has also kept Plaintiff's X account shadow banned after Plaintiff paid $22 a month to upgrade his X account to X Premium and prevented Plaintiff from paying to promote his e-book which contains homosexual content.

1

Defendant has openly expressed his racism, homophobia and trans-phobia on his own X account and Defendant routinely violates X Terms and Conditions by allowing racists to post racists slurs, allows Republicans to post lies, has posted incitement of violence against Democrat politicians, has allowed Republicans like Donald Trump to violate Terms and Conditions by posting hate speech against celebrities who support Democrats, allows posting of minors committing crimes and allows porn without verification of age of obvious under-age participants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Don Lemon, prays for judgment as follows on all causes of action:

1. For general and special damages according to proof;

2. For exemplary damages, according to proof;

3. For punitive damages, according to proof;

4. For pre-judgment and post-judgment interest on all damages awarded;

5. For reasonable attorneys' fees;

6. For costs of suits incurred;

7. For declaratory relief in the following manner:

8. For injunctive relief by removing suspension/shadow ban and allow Plaintiff to buy ads to promote e-book;

9. For equitable relief; and

10. For such other and further relief as the Court may deem just and proper.

DEMAND FOR JURY TRIAL ADDITIONALLY, Plaintiff, Elliot Boose, hereby demands a jury trial on the causes of action set forth herein. The amount demanded exceeds $2,000,000.00

## CERTIFICATE OF SERVICE

Complaint was served to Defendants.

_____          Dated:

Elliot Boose

EXHIBIT I



Hi [name],

Thank you for contacting X Ads Policy Support. We hope this message finds you well. Our team manually reviewed the content and can confirm that it violates our Deceptive and Fraudulent Content policy.

After careful review, we identified the following concerns:

-Sale of Followers: Ad promotes direct sale of X followers, or guaranteeing a set number of followers for a set price. This is not permitted on X Ads as it can lead to inauthentic engagements.
-Inauthentic Verifications: Ad utilizes deceptive claims suggesting individuals can be verified on X by sharing personal information or filling out forms.
-Ad promotes scam content pretending to be the legitimate tech company or manufacturer.
-Potential Unauthorized Ticket Sales: Ad promotes unauthentic ticket sales content, or resells fake tickets.

You can learn more about this policy here.

Ensuring a positive user experience is paramount to us. We thereby request you to make necessary adjustments to address the aforementioned issues. Once you have made the required changes, please respond and we will re-review your account.

In addition to the obvious false reasons given by X Support, X Terrms and Conditions allows X members to pay X Ads to promote erotic novels.

Plaintiff brings this action against defendants for economic, non-economic, and punitive damages pursuant to Civil Code section 3294, prejudgment interest pursuant to Code of Civil Procedure section 3291, injunctive relief, costs, and any further relief this Court deems appropriate.

## EXHIBIT II

## The X Rules

X's purpose is to serve the public conversation. Violence, harassment and other similar types of behavior discourage people from expressing themselves, and ultimately diminish the value of global public conversation. Our rules are to ensure all people can participate in the public conversation freely and safely.

## Safety

<u>Violent Content:</u> You may share graphic media if it is properly labeled, not prominently displayed and is not excessively gory or depicting sexual violence, but explicitly threatening, inciting, glorifying, or expressing desire for violence is not allowed. <u>Learn more.</u>

<u>Violent & Hateful Entities:</u> You can't affiliate with or promote the activities of violent and hateful entities. <u>Learn more.</u>

<u>Child Safety:</u> We have zero tolerance for any forms of child sexual exploitation and remove certain media depicting physical child abuse to prevent the normalization of violence against children. <u>Learn more.</u>

<u>Abuse/Harassment:</u> You may not share abusive content, engage in the targeted harassment of someone, or incite other people to do so. <u>Learn more.</u>

<u>Hateful conduct:</u> You may not attack other people on the basis of race, ethnicity, national origin, caste, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. <u>Learn more.</u>

<u>Perpetrators of Violent Attacks:</u> We will remove any accounts maintained by individual perpetrators of terrorist, violent extremist, or mass violent attacks, and may also remove posts disseminating manifestos or other content produced by perpetrators. <u>Learn more.</u>

<u>Suicide:</u> You may not promote or encourage suicide or self-harm. <u>Learn more.</u>

<u>Adult Content:</u> You may share consensually produced and distributed adult nudity or sexual behavior, provided it's properly labeled and not prominently displayed. <u>Learn more.</u>

<u>Illegal or Certain Regulated Goods or Services:</u> You may not use our service for any unlawful purpose or in furtherance of illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services. <u>Learn more.</u>

**Violent Content**

**May 2024**

**You may share graphic media if it is properly labeled, not prominently displayed and is not excessively gory or depicting sexual violence, but explicitly threatening, inciting, glorifying, or expressing desire for violence is not allowed.**

X is a place where people can express themselves, show and learn about what's happening, and debate global issues, often sharing images and videos as part of the conversation. However, healthy conversations can't thrive when Violent Speech is used to deliver a message, and not every participant wishes to be exposed to Violent Media. As a result, we may

remove or reduce the visibility of Violent Content to ensure the safety of our users and prevent the normalization or glorification of violent actions. We also do not allow sharing Violent Content in highly visible places such as profile photos, banners or bio.

**How we define Violent Content**

Violent Content is any content containing Violent Speech or Violent Media, as defined below:

**Violent Speech:** Content that threatens, incites, glorifies, or expresses desire for violence or harm.

**Learn more about our enforcement**

**Violent Media**: Visual material depicting graphic, violent or excessively gory content including sexual violence.

**Learn more about our enforcement**

**How to mark your content**

If you regularly post Graphic Media on X, we ask that you adjust your media settings. Doing so places all your images and videos behind a content warning that needs to be acknowledged before your media can be viewed. You can also add a one-time content warning on individual posts. If you continue to fail marking your posts, we will adjust your account settings for you.

Users under 18 or viewers who do not include a birth date on their profile cannot click to view marked content. Learn more about age restricted content here.

You may begin to see new media content warnings on posts that X has designated as containing Graphic Content (instead of a generic sensitive media label). When these new content warnings are available for you to use, please be sure to continue marking your media accordingly.

**How to report**
Anyone can report unmarked content or other violations using our dedicated in-app reporting flow.

**Appeals**
If you believe we made a mistake, you can submit an appeal.

**Violent and hateful entities policy**

**Overview**

**April 2023**

There is no place on X for violent and hateful entities, including (but not limited to) terrorist organizations, violent extremist groups, perpetrators of violent attacks, or individuals who affiliate with and promote their illicit activities. The violence and hate these entities engage in and/or promote jeopardizes the physical safety of those targeted.

**You may not threaten terrorism and/or violent extremism, nor promote violent and hateful entities.**

Violent entities are those that deliberately target humans or essential infrastructure with physical violence and/or violent rhetoric as a means to further their cause. These include, but are not limited to, terrorist

organizations, violent extremist groups, and <u>perpetrators of violent attacks</u>.

Hateful entities are those that have systematically and intentionally promoted, supported and/or advocated for <u>hateful conduct</u>, which includes promoting violence or engaging in targeted harassment towards a protected category.

**What is in violation of this policy?**

Under this policy, you can't affiliate with or promote the activities of violent and hateful entities. Examples of the types of content that violate this policy include, but are not limited to, doing the following on behalf of, indirectly, or directly for a violent or hateful entity:

Engaging in or promoting violent acts

Recruiting, or providing or distributing services (such as media/propaganda) to further stated goals
**What is not a violation of this policy?**

We may make limited exceptions for violent and hateful entities if we can determine the following:

They have reformed or denounced their violence and/or hate-based purpose.

They are currently engaged in a peaceful resolution process.

They are state or governmental entities, including those that have representatives elected to public office.
Additionally, any discussions of violent and hateful entities for clearly educational, documentary, and/or newsworthy purposes is not a violation of this policy.

2

**Who can report violations of this policy?**

Anyone can report potential violations of this policy, whether they have an X account or not.

**How can I report violations of this policy?**

**In-app**

You can report this content for review in-app on iOS as follows:

Select **Report Account** from the  icon.

Select **Violent & hateful entities**.

Submit your report.

**Desktop**

You can report this content for review via desktop as follows:

Select **Report Account** from the  icon.

Select **Violent & hateful entities**.

Submit your report.

**What happens if you violate this policy?**

We will **immediately and permanently suspend any account that we determine to be in violation of this policy**. If you believe that your account was suspended in error, you can submit an appeal.

**Additional resources**

Learn more about <u>our range of enforcement options</u> and our approach to <u>policy development and enforcement</u>.

To learn more about violations related to <u>specific threats of violence</u> or incidents involving wishing for the serious physical harm, death, or disease of an individual or group of people, please see our <u>abusive behavior</u> policy.

**Abuse and Harassment**

**Overview**

**March 2024**

**You may not target others with abuse or harassment, or encourage other people to do so.**

X's mission is to give everyone the power to create and share ideas and information, as well as express their opinions and beliefs without barriers. Free expression is a human right – we believe that everyone has a voice, and the right to use it. Our role is to serve the public conversation, which requires representation of a diverse range of perspectives.

We recognize that if anyone, regardless of background, experiences harassment on X, it can jeopardize their ability to express themselves and cause harm. To facilitate healthy dialogue on the platform, and empower individuals to express diverse opinions and beliefs, we prohibit behavior and content that harasses, shames, or degrades others. In addition to posing risks to people's safety, these types of behavior may also lead to physical and emotional hardship for those affected.

**What is in violation of this policy?**

We prohibit behavior and content that harasses, shames, or degrades others, as defined below. Please note that, in order to help our teams understand the context, we sometimes need to hear directly from the person being targeted to ensure that we have the necessary information prior to taking appropriate and proportionate enforcement action.

**Targeted Harassment**

We prohibit the malicious, unreciprocated targeting (such as mentioning or tagging) of individual(s), particularly when shared to humiliate or degrade someone. This can mean:

Sharing multiple Posts, over a short period of time, or continuously posting replies with malicious content, to target an individual. This includes accounts dedicated to harassing an individual or multiple individuals.

Mentioning or tagging users with malicious content.

**Violent Event Denial**

We prohibit content that denies that mass murder or other mass casualty events took place, where we can verify that the event occurred, and when the content is shared with abusive context. This may include references to such an event as a "hoax" or claims that victims or survivors are fake or

"actors." It includes, but is not limited to, events like the Holocaust, school shootings, terrorist attacks, and natural disasters.

**Incitement of Harassment**

We prohibit behavior that encourages others to harass or target specific individuals or groups of people with abuse. This includes, but is not limited to: calls to target people with abuse or harassment online and behavior that urges offline action, such as physical harassment.

**Unwanted Sexual Content & Graphic Objectification**

While some consensual nudity and adult content is permitted on X, we prohibit unwanted sexual conduct and graphic objectification that sexually objectifies an individual without their consent. This includes, but is not limited to:

sending someone unsolicited and/or unwanted adult media (images, videos, and GIFs)

unwanted sexual discussion of someone's body

solicitation of sexual acts

any other content that otherwise sexualizes an individual without their consent.

**Insults**

We take action against the use of insults or profanity to target others. However, while some individuals may find certain terms to be offensive, we will not take action against every instance where insulting terms are used.

**Use of Prior Names and Pronouns**

Where required by local laws, we will reduce the visibility of posts that purposefully use different pronouns to address someone other than what that person uses for themselves, or that use a previous name that someone no longer goes by as part of their transition. Given the complexity of determining whether such a violation has occurred, we must always hear from the target to determine if a violation has occurred.

**What is not in violation of this policy?**

Some posts may appear to be harmful when viewed in isolation, but may not be when viewed in the context of a larger conversation. For example, friends may consensually use certain terms or phrases to engage with each other that could appear abusive without this context. We also recognise that our platform can be used to call attention to, condemn, or highlight others for harmful behaviors. In such cases, we do not take action where the context is clearly non-abusive and intended to counter these kinds of rhetoric.

We also believe that criticism of institutions, practices and ideas is a fundamental part of the freedom of expression and thus we will not take action on such critical commentary.

3

**Who can report violations of this policy?**

Anyone can report violations of this policy using our dedicated reporting flow. However, we sometimes need to hear directly from the person being targeted to ensure that we have the information needed prior to taking any enforcement action.

**What happens if you violate this policy?**

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to the severity of the violation, whether someone has been targeted (such as being mentioned, referred to by full name, referenced with a photo, etc), and an individual's previous record of rule violations. The following is a list of potential enforcement options for content that violates this policy:

Making content less visible on X by:

Removing the post from search results, in-product recommendations, trends, notifications, and home timelines

Restricting the post discoverability to the author's profile

Downranking the post in replies

Restricting likes, replies, reposts, quote, bookmarks, share, pin to profile, or engagement counts

Excluding the post from having ads adjacent to it

Excluding posts and/or accounts in email or in-product recommendations.

Requiring post removal.

For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can post again. Subsequent violations may lead to account suspension.

Suspending accounts whose sole purpose is to violate our Unwanted Sexual Content & Graphic Objectification policy, or accounts that are dedicated to harassing individuals.

To learn more, please see our range of enforcement options, and if someone believes their account was enforced against in error, they can submit an appeal.

**Hateful Conduct**

**Overview**

**April 2023**

You may not directly attack other people on the basis of race, ethnicity, national origin, caste, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease.

X's mission is to give everyone the power to create and share ideas and information, and to express their opinions and beliefs without barriers. Free expression is a human right – we believe that everyone has a voice, and the right to use it. Our role is to serve the public conversation, which requires representation of a diverse range of perspectives.

We recognize that if people experience abuse on X, it can jeopardize their ability to express themselves. Research has shown that some groups of people are disproportionately targeted with abuse online. For those who identify with multiple underrepresented groups, abuse may be more common, more severe in nature, and more harmful.

We are committed to combating abuse motivated by hatred, prejudice or intolerance, particularly abuse that seeks to silence the voices of those who have been historically marginalized. For this reason, we prohibit behavior that targets individuals or groups with abuse based on their perceived membership in a protected category.

If you see something on X that you believe violates this policy, please report it to us.

**What is in violation of this policy?**

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior, whether within Posts or Direct Messages.

**Hateful references**

We prohibit targeting individuals or groups with content that references forms of violence or violent events where a protected category was the primary target or victims, where the intent is to harass. This includes, but is not limited to media or text that refers to or depicts:

genocides, (e.g., the Holocaust);

lynchings.
**Incitement**

We prohibit inciting behavior that targets individuals or groups of people belonging to protected categories. This includes:

inciting fear or spreading fearful stereotypes about a protected category, including asserting that members of a protected category are more likely to take part in dangerous or illegal activities, e.g., "all [religious group] are terrorists."

inciting others to harass members of a protected category on or off platform, e.g., "I'm sick of these [religious group] thinking they are better than us, if any of you see someone wearing a [religious symbol of the religious group], grab it off them and post pics!"

inciting others to discriminate in the form of denial of support to the economic enterprise of an individual or group because of their perceived membership in a protected category, e.g., "If you go to a [religious group] store, you are supporting those [slur], let's stop giving our money to these [religious slur]." This may not include content intended as political in nature, such as political commentary or content relating to boycotts or protests.
Note: content intended to incite violence against a protected category is prohibited under Violent Speech.

**Slurs and Tropes**

We prohibit targeting others with repeated slurs, tropes or other content that intends to degrade or reinforce negative or harmful stereotypes about a protected category. In some cases, such as (but not limited to) severe, repetitive usage of slurs, or racist/sexist tropes where the context is to harass or intimidate others, we may require Post removal. In other cases, such as (but not limited to) moderate, isolated usage where the context is to harass or intimidate others, we may limit Post visibility as further described below.

**Dehumanization**

We prohibit the dehumanization of a group of people based on their religion, caste, age, disability, serious disease, national origin, race, ethnicity, gender, gender identity, or sexual orientation.

**Hateful Imagery**

We consider hateful imagery to be logos, symbols, or images whose purpose is to promote hostility and malice against others based on their race, religion, disability, sexual orientation, gender identity or ethnicity/national origin. Some examples of hateful imagery include, but are not limited to:

symbols historically associated with hate groups, e.g., the Nazi swastika;

images depicting others as less than human, or altered to include hateful symbols, e.g., altering images of individuals to include animalistic features; or

images altered to include hateful symbols or references to a mass murder that targeted a protected category, e.g., manipulating images of

individuals to include yellow Star of David badges, in reference to the Holocaust.

Media depicting hateful imagery is not permitted within live video, account bio, profile or header images. All other instances must be marked as sensitive media. Additionally, sending an individual unsolicited hateful imagery is a violation of this policy.

**Hateful Profile**

You may not use hateful images or symbols in your profile image or profile header. You also may not use your username, display name, or profile bio to engage in abusive behavior, such as targeted harassment or expressing hate towards a person, group, or protected category.

**Do I need to be the target of this content for it to be a violation of the X Rules?**

Some Posts may appear to be hateful when viewed in isolation, but may not be when viewed in the context of a larger conversation. For example, members of a protected category may refer to each other using terms that are typically considered as slurs. When used consensually, the context behind these terms is not abusive, but a means to reclaim terms that were historically used to demean individuals.

When we review this type of content, it may not be clear whether the context is to abuse an individual on the basis of their protected status, or if it is part of a consensual conversation. To help our teams understand the context, we sometimes need to hear directly from the person being targeted to ensure that we have the information needed prior to taking any enforcement action.

**Note:** individuals do not need to be a member of a specific protected category for us to take action. We will never ask people to prove or disprove membership in any protected category and we will not investigate this information.

**What happens if you violate this policy?**

Under this policy, we take action against behavior that targets individuals or an entire protected category with hateful conduct, as described above. Targeting can happen in a number of ways, for example, mentions, including a photo of an individual, referring to someone by their full name, etc.

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to the severity of the violation and an individual's previous record of rule violations. The following is a list of potential enforcement options for content that violates this policy:

Making content less visible on X by:

Removing the Post from search results, in-product recommendations, trends, notifications, and home timelines

Restricting the Post discoverability to the author's profile

Downranking the Post in replies

Restricting Likes, replies, Reposts, Quote, bookmarks, share, pin to profile, or engagement counts

Excluding the Post from having ads adjacent to it

Excluding Posts and/or accounts in email or in-product recommendations.

Requiring Post removal.

For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Post again.
Suspending accounts that violate our Hateful Profile policy.
Learn more about our range of enforcement options.

If someone believes their account was suspended in error, they can submit an appeal.

EXHIBIT III







We have received your complaint regarding account
@Novalokas for the following content:

Content ID: 1584323196274487296
Reported Content: Niggers Niggers Niggers Niggers Niggers
Niggers Niggers Niggers Niggers Niggers Niggers Niggers
Niggers Niggers Niggers Niggers Niggers Niggers Niggers
Niggers Niggers Niggers Niggers Niggers Niggers Niggers
Niggers Niggers Niggers Niggers Niggers Niggers Niggers
Niggers Niggers
Reported Content URL:
https://twitter.com/Novalokas/status/1584323196274487296

Content ID: 1500483464562421760
Reported Content: Profile
Reported Content URL: https://twitter.com/@Novalokas

We have investigated the reported content and have found
that it is not subject to removal under the Twitter Rules
(https://support.twitter.com/articles/18311) or German law.

Sincerely,

Twitter





@FBI @SecretService

**Libertarian Party NH** 🌲 ✶
@LPNH

Anyone who murders Kamala Harris would be an
American hero.

● **Sarah Bella** ✔ @imsarahbella · 4h
I disagree with the "assault weapons" ban, but
maybe save the threatening rhetoric, eh?

○ 1K    ⟲ 8.4K    ♡ 39.1K    ᴧ 680K

**President Biden** ✔ @POTUS · 7h
The Violence Against Women Act is
my most legislative accomplishment
...



read each response in the th...
...especially of each Black person and w...
be a negative response and I bet every m...
had sex with grown Show more

⬤ **FearBuck** ⬤ @FearedBuck · 1d
That boy is a 16-year-old rapper named Lil
Woadie, and his fiancée is 26 years old.
These are the pictures she takes before
dropping him off at school. It's actually
quite sad tbh

Plaintiff(s)

*ELLiOT DOOSE*

v.

*X CORP*

*ELON MUSK*

Defendant(s)

**GWINNETT SUPERIOR COURT STATE OF GEORGIA**

ORDER TO PROCEED IN FORMA PAUPERIS

CIVIL ACTION FILE NO:

**24A 08211-6**

TIANA P. GARNER...
GWINNETT COUNTY...
CLERK SUPERIOR COURT
FILED IN OFFICE

2024 OCT -3 PM...

## ORDER UPON AFFIDAVIT OF ELIGIBILITY
## TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Affidavit of Eligibility to Proceed *in Forma Pauperis*. Pursuant to the requirements of O.C.G.A. § 9-15-2, and in consideration of Plaintiff's Affidavit, the documents relative to the financial situation of the Plaintiff (if any), as well as all other initial pleadings, including the Statement of Claim, Affiant's request to proceed *in forma pauperis* is:

☑ **HEREBY GRANTED**. After considering the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, and based upon the size of the family unit, it appears to the Court that the Affiant is unable to pay the filing fees associated with this action. Therefore, the Affiant's pleadings shall be filed, and the Affiant shall be relieved from paying the filing fee, Sheriff's service fee, and, if a judgment is awarded to the Plaintiff, any fees associated with the issuance of a fi fa and post judgment interrogatories.

☐ **HEREBY DENIED BASED ON FINANCIAL GUIDELINES**. Following a hearing during which the Court took sworn testimony from the Plaintiff regarding the contents of his/her Affidavit of Indigence, the Court finds that the Affiant has *not* demonstrated that he/she is unable to pay the filing fee and associated costs of this action based upon the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, considering the size of the family unit; therefore, the Affiant shall not be relieved from paying the filing fee, Sheriff's service fee, or other required Court costs.

*The hearing took place in Courtroom _____ of the Gwinnett County Justice and Administration Center on:  [  ] the date of the Order; or [  ] the _____ day of _____, 20_____.

☐ **HEREBY DENIED BASED ON A COMPLETE ABSENCE OF ANY JUSTICIABLE ISSUE OF LAW OR FACT**. Pursuant to O.C.G.A. § 9-15-2(d), the Court finds that the pleading filed by the Affiant shows in its face such a complete absence of any justiciable issue of law and/or fact that it cannot reasonably believed that the Court could grant any relief against any party named in the pleading.

*A copy of this Order shall be served on the opposing party(ies) along with the Complaint. Pursuant to O.C.G.A. §9-15-2(b), any other party at interest may contest the truth of the affidavit of indigency by verifying under oath that the same is untrue. In the event any interested party files a traverse challenging this Order, the Court shall schedule a hearing to determine whether Plaintiff shall be required to pay costs.*

This __2__ day of __OCT.__, 20__24__.

_____
Judge
**Gwinnett Superior Court**

RE

NOT found
10/1/24

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Elliot Boose

)
)
)

Plaintiff,

)
)
)

v.

)

CIVIL ACTION
FILE NO.

X Corp

)
)

24A 08011-6

Elon Musk

)
)

Defendant(s).

)
)
)

2024 OCT -3 PM 1:46
TIANA P. GARNER, CLERK
FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY,GA

### AFFIDAVIT OF ELIGIBILITY TO PROCEED IN FORMA PAUPERIS

I, Elliot Boose _____, do hereby swear

or affirm that I am the [X] Plaintiff [ ] Defendant in the above styled case and that

because of my indigent status, I am unable to pay the costs of this proceeding.

*I declare under penalty of perjury that the responses I have made to all*

*questions set forth in this Affidavit, specifically relating to my ability to pay the*

*costs of this proceeding, are true and correct.*

This 01 day of October , 2024.

_____
Signature

Print name: Elliot Boose

Sworn to and subscribed before me

this 1st day of October ,2024

_____
Notary Public

Sworn to and subscribed before me

this____ day of_____,20__

_____
Deputy Clerk of Superior Court

**AFFIDAVIT, Page 2**

**A.    IDENTIFYING INFORMATION**

    1.  Name: Boose            Elliot

               Last           First          Middle

    2.  Current Address: 5375 Peachtree Industrial BLVD

               Street Address & Apt. No., if applicable

               Norcross      GA            30092

               City           State         Zip Code

    3.  Best Telephone Number to Reach You: 678-650-3285

    4.  Email Address: casray1974@yahoo.com

**B.    DEPENDENTS/DEPENDENCY**

    1.  Marital Status:  [    ] Married [ ✔ ] Single [    ] Divorced/Separated.

    2.  Is there any other person (spouse) or people (parents) who currently support you financially?  [ ✔ ] Yes [    ] No.

       If yes, explain: Minnir Foster and Dale Williams

    2.  How many people, not including yourself, do you currently support? 0

    List Below:

| Name | Age | Relationship | Support Totally? |
|------|-----|--------------|------------------|
| N/A  |     |              | [    ] Yes [    ] No |
|      |     |              | [    ] Yes [    ] No |
|      |     |              | [    ] Yes [    ] No |
|      |     |              | [    ] Yes [    ] No |
|      |     |              | [    ] Yes [    ] No |

**C.    PUBLIC ASSISTANCE**

Do you currently receive any of the following?

**Aid to Families of Dependent Children (AFDC)**      [    ] Yes [ ✔ ] No

    Amount Received per Month:   $

**Social Security Income (SSI)**      [ ✔ ] Yes [    ] No

    Amount Received per Month:   $ 1,737.00

**AFFIDAVIT, Page 3**

**Social Security Disability Income (SSDI)**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

**Temporary Assistance to Needy Families (TANF)**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

**Supplemental Nutrition Assistance Program (SNAP)**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

**Unemployment Benefits**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

**Medicaid**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

**Public Housing Assistance**     [ ] Yes [✔] No

    Amount Received per Month:   $_____

***Do you receive any other kind of public assistance?***     [✔] Yes [ ] No

    Amount Received per Month:   $524.00

**TOTAL AMOUNT OF PUBLIC ASSISTANCE RECEIVED PER MONTH, IF ANY:**

        $2,261.00

**D.**   **MONTHLY INCOME**

1.   Are you currently employed?     [✔] Yes [ ] No

    If yes, please list name(s) and phone number(s) of your employer(s), as well as monthly income/wages.

| Employer Name | Phone | Amout Paid per Month |
|---|---|---|
| Self-employed Content Creator | 678-650-3285 | $200.00 |
| | | |
| | | |

**TOTAL AMOUNT OF INCOME RECEIVED PER MONTH, IF ANY:** $200.00

2.   Do you receive any income from *any other source?*     [ ] Yes [✔] No

    If yes, please list all other income sources on the following page.

**AFFIDAVIT, Page 4**

      **Workers Compensation Benefits**               [ ] Yes [✔] No

           Amount Received per Month: $_____

      **Insurance Benefits/Proceeds**              [ ] Yes [✔] No

           Amount Received per Month: $_____

      **Pension/Retirement Income**             [ ] Yes [✔] No

           Amount Received per Month: $_____

      **Child Support Payments**               [ ] Yes [✔] No

           Amount Received per Month: $_____

      **Alimony Payments**                    [ ] Yes [✔] No

           Amount Received per Month: $_____

**TOTAL AMOUNT OF INCOME FROM OTHER SOURCES RECEIVED PER MONTH, IF ANY:**
$0_____

**E.    ASSETS**

1.    Do you have a checking account?          [✔] Yes [ ] No

        If so, at what financial institution: BankMobile Vibe

        What is the current balance in your account: $198.00_____

2.    Do you have a savings account?           [✔] Yes [ ] No

        If so, at what financial institution: BankMobile Vibe

        What is the current balance in your account: $0.03_____

3.    Do you own any car(s), truck(s), van(s) or other vehicle(s)?    [ ] Yes [✔] No

        Make: _____ Model: _____ Year: _____

        What is the approximate value of the vehicle: $_____

        Make: _____ Model: _____ Year: _____

        What is the approximate value of the vehicle: $_____

4.    Do you own a home or other real estate?        | Yes ✔ | No

        Address:_____
                 Street            City     State     Zip Code

        What is the approximate value of the property: $_____

        How much do you owe on the property (mortgage balance): $_____

**AFFIDAVIT, Page 5**

5. Do you own any valuable items of personal property, such as TV sets, stereos, stocks or bonds, jewelry, furs, or other items?   (Do not include clothing, furniture, or household appliances such as stoves or refrigerators.)

[✔] Yes [  ] No

If yes, please describe below:

| Description | Value |
|---|---|
| HP desktop | $1,200.00 |
| Dell computer | $500.00 |
| | $ |

Total: $1,700.00

## F.   LIABILITIES

1. List all debts owed over $100 and all payments which you must make on a regular basis.

   Include house payments, rent, child support or alimony payments, charge account payments, loan payments and any other payment which you must make on a regular basis.

   Do **not** include ordinary expenses such as food, clothing, utility bills and similar items.

| Source of Debt | Total Amount Owed | Monthly Payment |
|---|---|---|
| Charged off credit card | $3000.00 | 0 |
| Charged of credit card | $3000.00 | 0 |
| Charged off credit card | $1000.00 | 0 |
| Co-sign on 2024 Toyota Corolla | $80,000.00 | 0 |

Total: $87,000.00

2. Do you have any unusual or extraordinary expenses or circumstances such as large medical bills which are not listed above?

[  ] Yes [✔] No

If yes, please describe below:

| Source of Debt | Total Amount Owed | Monthly Payment |
|---|---|---|
| N/A | | |
| | | |

**Total: $**<u>0                    </u>

**AFFIDAVIT, Page 6**

3.      Are there any other circumstances which render you unable to pay the costs of
        this action and are not fully explained above: (e.g. disability, illness, etc.)

                                                                [✔] Yes [   ] No

        If yes, use the space below to explain your circumstances.

        Include any facts which will help the Court determine whether you can afford to
        pay the required fee(s).

<u>Permanently disabled since January 2009                                        </u>

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2024 OCT -3 PM 1:46

TIANA P. GARNER, CLERK

ELLIOT BOOSE

_____

_____

**PLAINTIFF**

CIVIL ACTION
NUMBER:_____

24A 08911-6

VS.

X CORP
ELON MUSK

_____

**DEFENDANT**

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is: Elliot Boose
5375 Peachtree Industrial Blvd
Norcross, GA 30092

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This  3rd  day of  October , 20 24 .

Tiana P. Garner
Clerk of Superior Court

By_____
Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

24-A-08811-6

10/9/2024 4:04 PM
TIANA P. GARNER, CLERK

Elliot Boose
5375 Peachtree Industrial BLVD
Norcross, GA 30092
Telephone: 678-650-3285
Email: casray1974@yahoo.com

## SUPERIOR COURT OF THE STATE OF GEORGIA
## FOR THE COUNTY OF GWINNETT

ELLIOT BOOSE,                              Case No.:24a08811-6

Plaintiff

Vs.

ELON MUSK; X CORP.
DOING BUSINESS IN GEORGIA AS X CORP.,
A NEVADA CORPORATION

## NOTICE OF SERVICE OF COMPLAINT TO DEFENDANT'S

## REGISTERED SERVICE AGENT

This is notification to Gwinnett County Superior Court case
number 24a08811-6 complaint was emailed on October 9, 2024
to Defendant's service agent Mr. Matthew Taylor of CT
Corporation, 710 S Carson ST #200, Carson City, NV 89701.
See Exhibit I.

# EXHIBIT I



# CERTIFICATE OF SERVICE

Complaint was served to Defendants.

DocuSigned by:

*Elliot Boose*

03023AF28F7A4AE...

Elliot Boose pro se

Dated _____ 10/9/2024

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

24-A-08811-6

10/9/2024 7:59 PM
TIANA P. GARNER, CLERK

Elliot Boose
5375 Peachtree Industrial BLVD
Norcross, GA 30092
Telephone: 678-650-3285
Email: casray1974@yahoo.com


## SUPERIOR COURT OF THE STATE OF GEORGIA
## FOR THE COUNTY OF GWINNETT

ELLIOT BOOSE,                           Case No.:24a08811-6



Plaintiff

Vs.


ELON MUSK; X CORP.
DOING BUSINESS IN GEORGIA AS X CORP.,
A NEVADA CORPORATION



NOTICE OF SERVICE OF COMPLAINT TO DEFENDANT'S

REGISTERED SERVICE AGENT

This is notification to Gwinnett County Superior Court case
number 24a08811-6 complaint was emailed on October 9, 2024
to Defendant's service agent Mr. Matthew Taylor of CT
Corporation, 710 S Carson ST #200, Carson City, NV 89701.
See Exhibit I.

## EXHIBIT I



## CERTIFICATE OF SERVICE

Complaint was served to Defendants.

_____          Dated_____
Elliot Boose pro se                                    10/9/2024

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

24-A-08811-6

10/10/2024 5:04 PM

TIANA P. GARNER, CLERK

Elliot Boose
5375 Peachtree Industril BLVD
Norcross, GA 30092
Telephone:  678-650-3285
Email:  casray1974@yahoo.com

# SUPERIOR COURT OF THE STATE OF GEORGIA
# FOR THE COUNTY OF GWINNETT

ELLIOT BOOSE,                    Case No.: 24a08811-6

Plaintiff

Vs.

ELON MUSK; X CORP. DOING
BUSINESS IN GEORGIA AS
X CORP., A NEVADA
CORPORATION

Defendants.

## NOTICE OF PROOF OF SERVICE TO DEFENDANT'S AGENT

Attached is proof complaint was mailed today to Defendant's agent
with expected receipt of complaint by October 15, 2024.  See Exhibit I.

# CERTIFICATE OF SERVICE

DocuSigned by:

*Elliot Boose*

89023A5285744AE...

**Elliot Boose**                                        **Date:  October 10, 2023**

**EXHIBIT I**







E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-08811-6
11/14/2024 4:06 PM
TIANA P. GARNER, CLERK

Elliot Boose
5375 Peachtree Industrial BLVD
Norcross, GA 30092
Telephone: 678-650-3285
Email: casray1974@yahoo.com

## SUPERIOR COURT OF THE STATE OF GEORGIA
## FOR THE COUNTY OF GWINNETT

ELLIOT BOOSE,

Case No.: 24a08811-6
PLAINTIFF ELLIOT BOOSE'S
COMPLAINT FOR
DAMAGES FOR:
(1) FRAUD;
(2) BREACH OF CONTRACT
(3) SEX DISCRIMINATION
DEMAND FOR JURY TRIAL

Plaintiff

Vs.

ELON MUSK; X CORP. DOING
BUSINESS IN GEORGIA AS
X CORP., A NEVADA
CORPORATION
1355 Market Street Suite 900,
San Francisco, California, 94103

Defendants.

## APPLICATION FOR ENTRY OF DEFAULT AND SUPPORTING AFFIDAVIT

COME NOW, the Plaintif, Elliot Boose, requests the Clerk , pursuant to 2020 Georgia Code Title 9 - Civil Practice Chapter 11 - Civil Practice Act Article 6 - Trials § 9-11-55 to enter Default Judgement against the Defendants, Elon Musk and X Corp, in the above entitled action for failure to plead, answer or otherwise defend as set forth in the Affidavit attached here to.

Respectfully submitted,

Pro se Plaintiff Elliot Boose

5375 Peachtree Industrial BLVD
Norcross, GA 30092

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

State of Georgia

County of Gwinnett

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Plaintiff Elliot Boose, who, having first been duly sworn by me, stated on oath the following:

1. I am the pro se Plaintiff, Elliot Boose.

2. A copy of the Complaint, was served upon the Defendant's agent, Matthew Taylor of CT Corporation 701 S Carson ST, STE 200 Carson City, NV 89701 by UPS on October 16, 2024. Pursuant to 2020 Georgia Code Title 9 - Civil Practice Chapter 11 - Civil Practice Act Article 6 - Trials § 9-11-55. Default Judgment service of process was deemed complete on Defendants on October 16, 2024.

3. That more than thirty days have elapsed since the date on which the said Defendant was served with copy of the Complaint.

4. That the Defendant has failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any Answer or other defense which he might have upon the undersigned attorney of record for the Plaintiff.

5. That this Affidavit is executed by affiant herein in accordance with Rule 15 and Rule 15.1 of Uniform Rules of Civil Procedure, for the

purpose of enabling the Plaintiff to obtain an entry of default against the

Defendant for his failure or otherwise defend as to the Plaintiff's

Complaint.

*Elliot Reese*

SWORN TO AND SUBSCRIBED BEFORE ME, this the 14ᵗʰ day
of _November_ , 202_4_.

_____
NOTARY PUBLIC

My Commission Expires: 01·20·2028

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the
foregoing _Application OF Default._ , was mailed
this _14TH_ Day of _NOVEMBER_ , to
_X CORP ELON MUSK_
at _1355 MARKET ST, STE 900, SAN FRANCISCO, CA. 94103_

*Elliot Reese*